# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00098-FDW-DSC

| | |
|---|---|
| VINEYARD VINES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| DAZZLE UP LLC et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Defendant Dazzle Up, LLC's Motion to Strike" (document # 22) filed August 9, 2018 and the parties' briefs and exhibits (documents #23, 27-28).

Defendant moves the Court to strike Plaintiff's First Amended Complaint. For the reasons stated in Plaintiff's response brief, the Court <u>denies</u> the Motion.

**THEREFORE IT IS ORDERED** that:

1. "Defendant Dazzle Up, LLC's Motion to Strike" (document # 22) is **DENIED.**

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney

**SO ORDERED**.

Signed: September 6, 2018

David S. Cayer
United States Magistrate Judge